# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

# N O T I C E

**UNITED STATES OF AMERICA**                    **CASE NO. CR-01-00268-001**

                    **vs.**                                        *Judge Caldwell*

**KAREEM A. MONTGOMERY**

---

**Type of Case:**
_____( ) Civil                    (X) Criminal_____

**(xx) Take Notice that the proceeding in this case has been**
    <u>SCHEDULED</u>    **for the place, date, and time set forth below:**

**U.S. District Court**            **COURTROOM NO. 1 - Ninth Floor**
**228 Walnut Street**
**Harrisburg, PA**                **January 13, 2005 at 10:00 a.m.**

**TYPE OF PROCEEDING:**        **Sentencing**

***NOTE: Attorneys and clients appearing for pleas are expected to be in the courtroom ten minutes prior to the time court is scheduled to begin to sign the appropriate paperwork.***

                    **Mary E. D'Andrea, Clerk**

                    *[signature: Anita A. Arledge]*

                    **Anita A. Arledge**
                    **Deputy Clerk**

**DATED: January 3, 2005**

**Judge William W. Caldwell**
**Eric Pfisterer, AUSA**
**Roger R. Laguna, Jr., Esquire**
**U.S. Marshal**
**U.S. Probation**
**Kareem A. Montgomery (IN CUSTODY)**
**Wes Armstrong, Lori Shuey, Wendy Yinger, Court Reporter(s)**
**File Copy**