45 B (Rev. 12/03) Judgment in a Criminal Case, Sheet 2 - Imprisonment

Defendant: Kareem A. Montgomery
Case Number: 1:CR-01-00268-001

Judgment-Page 2 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>131 months.</u>

[ ] The court makes the following recommendations to the Bureau of Prisons:

**FILED**
HARRISBURG, PA

MAR 1 - 2005

MARY E. D'ANDREA, CLERK
Per _____
         Deputy Clerk

[X] The defendant is remanded to the custody of the United States Marshal.
[ ] The defendant shall surrender to the United States Marshal for this district.
  [ ] at _____ a.m./p.m. on _____.
  [ ] as notified by the U.S. Marshal.
[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
  [ ] before 2 p.m. on _____.
  [ ] as notified by the United States Marshal.
  [ ] as notified by the probation office.
  [ ] The defendant is to contact the United States Marshal's Office no later than three days prior to the above date to be notified of the place
      of confinement.

## RETURN

I have executed this judgment as follows:

Rec'd Lew 1-3/-05

Defendant delivered on __2-10-5__ to __Lew__ _____ at

_____, with a certified copy of this judgment.

_____
United States Marshal

_____
Deputy Marshal