01-CR-268

-01-25-08

To Clerk of Courts,

Hi! Can I please have a listing of a Appeal attorney. Or have one appointed for me. On the crack law for my case. I do not have a appeal attorney. Thank-you very much.

Thank-you!
Kareem Montgomery
10832-067

FILED
HARRISBURG, PA
FEB - 1 2008
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk



BROOKLYN NY 112
28 JAN 2008 PM 2 L

KAREEM A. MONTGOMERY
#10882-067
MDC BROOKLYN HS3
P.O Box 329002
BROOKLYN, NY 11232

LEGAL
MAIL

UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
ATTN: CLERICAL COURTS
228 WALNUT STREET
HARRISBURG, PA 17126