03-11-08

To Clerical Clerk or Juge William Caldwell

Hi! I'm writing this letter on a appeal for the new crack law. My case is of crack. I don't have any money for attorney. Can you please provide me with court appointed. Thank you very much.

Sincere

Kareem A. Montgomery
KAREEM A. MONTGOMERY

Kareem Montgomery
1:CR-01-268-01

FILED
HARRISBURG, PA
MAR 14 2008
MARY E. D'ANDREA, CLERK
Per _____
         Deputy Clerk

Nakeem A. Montgomery
10332-067
MDC Brooklyn HS3
P.O. Box 329002
Brooklyn, NY 11232

BROOKLYN NY 112
12 MAR 2008 PM 3 1

Judge William Caldwell
Clerk of Courts
P.O. Box 983
Harrisburg, PA 17108

LEGAL
MAIL