```
BROD2              *         PROGRESS REPORT           *       03-19-2008
PAGE                                                           19:59:08

RSP OF: BRO BROOKLYN MDC              US DEPARTMENT OF JUSTICE BUREAU OF PRISONS
        80 29TH STREET
        BROOKLYN, NY 11232
        718 840-4200

NAME: MONTGOMERY, KAREEM A          REG NO: 10882-067  AGE(DOB): 35/05-10-1972
```

| INMATE REVIEWED/SIGNATURE | DATE | STAFF SIGNATURE |
|---|---|---|
| *Kareem Montgomery* (signature) | 3-19-08 | *Tracy* (signature) |

TYPE OF PROGRESS REPORT:

INITIAL __ SIH __ TRIENNIAL __ PRE-RELEASE __ TRANSFER __ OTHER: ✓

PRESENT SECURITY/CUSTODY LEVEL:
  MINIMUM  /OUT

OFFENSE/VIOLATOR OFFENSE:
SENTENCE IMPOSED AND TERM OF SUPERVISION:

CT 1S: POSSESSION WITH INTENT TO DISTRIBUTE IN EXCESS OF
50 GMS OF COCAINE BASE   21 USC 841(A)(1) & 18 USC 2
   131 MONTHS                             /      5 YEARS

DATE COMPUTATION BEGAN: 01-13-2005

| DAYS FSGT/WSGT/DGCT: | DAYS GCT OR EGT/SGT: | MONTHS SERVED: |
|---|---|---|
| 0   /0   /0 | 324 | + JAIL CREDIT - INOP TIME |
|  |  | M:       38  D:  7 |
|  |  | + 1246   JC - 0    INOP |

PROJECTED RELEASE DATE: 02-17-2011  |PROJECTED RELEASE METHOD: GCT REL

DETAINERS/PENDING CHARGES:   NONE ON FILE

CO-DEFENDANTS: REFER TO PSI

DISTRIBUTION: ORIGINAL TO INMATE, COPY TO USPO, COPY TO USPC
              CENTRAL FILE - SECTION TWO                         BP-CLASS-3

2

NAME: MONTGOMERY, KAREEM A                                  REG NO: 10882-067

------------------------- INSTITUTIONAL ADJUSTMENT ---------------------------

A. PROGRAM PLAN: MR. MONTGOMERY TRANSFERRED FROM SCP LEWISBURG TO MDC BROOKLYN ON JUNE 19, 2007. DURING HIS PROGRAM REVIEW, THE UNIT TEAM RECOMMENDED HIS PARTICIPATION IN THE FOLLOWING PROGRAMS: INSTITUTION AND UNIT RELEASE PREPARATION PROGRAM (RPP), THE INMATE FINANCIAL RESPONSIBILITY PROGRAM (IFRP), AND EDUCATIONAL PROGRAMS. HE WAS ALSO ADVISED TO MAINTAIN A CLEAR DISCIPLINARY RECORD.

B. WORK ASSIGNMENTS:

| INST | WORK ASSIGNMENT | | START DATE | STOP DATE |
|---|---|---|---|---|
| BRO | FOOD SRV 3 | F/S CREW 5AM - 1PM  WED - SUN | 07-03-2007 | CURRENT |
| BRO | FOOD SRV 4 | F/S CREW 12PM -8PM  FRI - TUES | 06-27-2007 | 07-03-2007 |
| BRO | A&O | ADMISSION & ORIENTATION | 06-19-2007 | 06-27-2007 |
| LEW | LEC FCCUN | LEC FCC UNICOR | 12-18-2006 | 06-19-2007 |
| LEW | LEC FCCMED | ORDERLY FOR THE MEDIUM | 10-19-2006 | 12-18-2006 |
| LOR | F/SVC AM | FOOD SERVICE WORKER (AM) | 04-24-2006 | 09-22-2006 |
| LOR | VACATION | VACATION-FULL DAY | 04-17-2006 | 04-24-2006 |

C. EDUCATIONAL/VOCATIONAL PARTICIPATION:

------------------------- EDUCATION INFORMATION ------------------------------
| FACL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| BRO | ESL HAS | ENGLISH PROFICIENT | 02-18-2005 2213 | CURRENT |
| BRO | GED HAS | COMPLETED GED OR HS DIPLOMA | 02-18-2005 2213 | CURRENT |

------------------------- EDUCATION COURSES ---------------------------------
| SUB-FACL | | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|---|
| BRO | CAD M | UNITED STATES PROBATION | 10-31-2007 | 10-31-2007 | P | C | P | 1 |
| BRO | CAD M | COMMUNITY CORRECTIONS | 09-19-2007 | 09-19-2007 | P | C | P | 1 |
| LEW | SCP | RPP-FINANCIAL PLANNING @ LIC | 01-03-2007 | 03-21-2007 | P | C | P | 20 |
| LEW | SCP | RPP-AIDS AWARENESS | 10-17-2006 | 10-17-2006 | P | C | P | 1 |

D. COUNSELING PROGRAMS: MR. MONTGOMERY COMPLETED THE DRUG EDUCATION PROGRAM.

E. INCIDENT REPORTS: NO DISCIPLINARY INFRACTIONS INCURRED DURING THIS REPORTING TIME.

F. INSTITUTIONAL MOVEMENT:

| INSTITUTION | | ASSIGNMENT | REASON FOR MOVEMENT | EFFECTIVE DATE |
|---|---|---|---|---|
| BRO | CAD M | A-DES | TRANSFER RECEIVED | 06-19-2007 |
| LEW | SCP | A-DES | OTHER AUTH ABSENCE RETURN | 10-12-2006 |

G. PHYSICAL AND MENTAL HEALTH: MR. MONTGOMERY DOES NOT HAVE NAY MEDICAL RESTRICTIONS.

H. PROGRESS ON FINANCIAL RESPONSIBILITY PLAN:

| FRP ASSIGNMENT | | START DATE |
|---|---|---|
| PART | FINANC RESP-PARTICIPATES | 09-07-2005 |

3

NAME: MONTGOMERY, KAREEM A                              REG NO: 10882-067


I. RELEASE PREPARATION PROGRAM & RELEASE PLANS:

   CMA ASSIGNMENT (REL PREP)                            START DATE
   RPP NEEDS          RELEASE PREP PGM NEEDS            12-31-2007

   PRE-RELEASE PREP DATE: 8/17/2010

   RESIDENCE:     50 SUFFEX ROAD
                  CAMP HILL, PENNSYLVANIA 17011

   EMPLOYMENT:    TO BE SECURED UPON RELEASE

   USPO:          MIDDLE DISTRICT OF PENNSYLVANIA
                  POST OFFICE BOX 191
                  SCRANTON, PA 18501-0191

J. RELEASE NOTIFICATIONS:

   OFFENDER IS SUBJECT TO RELEASE NOTIFICATION PROVISIONS UNDER 18 USC 4042(B)
   DUE TO:
        CURRENT CONVICTION FOR A DRUG TRAFFICKING OFFENSE

        18 USC 4042(B) NOTIFICATIONS APPLY TO INMATES RELEASING TO THE
        COMMUNITY WITH SUPERVISION

   IS OFFENDER SUBJECT TO RELEASE NOTIFICATION PROVISIONS UNDER 18 USC 4042 (C)
   DUE TO A CONVICTION FOR CERTAIN SEXUAL OFFENSES.

        ( ) YES   ( X ) NO

        18 USC 4042 (C) NOTIFICATIONS APPLY TO INMATES RELEASING TO THE
        COMMUNITY

DNA TEST STATUS: NEED

   DNA TESTING APPLIES TO INMATES WITH A QUALIFYING OFFENSE


DICTATED BY: _____ CASE MANAGER (DATE) 3·19·08
             H/3   D. RACEY, CASE MGR EXT. 5546

DATE TYPED: 3·19·08

REVIEWED BY: _____ UNIT MANAGER (DATE) 3·19·08
             N. CADRE M. K. PAGE, UNIT MGR, EXT 5560

```
BROD2              *        PROGRESS REPORT         *        03-19-2008
PAGE                                                           19:59:08

RSP OF: BRO BROOKLYN MDC              US DEPARTMENT OF JUSTICE BUREAU OF PRISONS
        80 29TH STREET
        BROOKLYN, NY 11232
        718 840-4200

NAME: MONTGOMERY, KAREEM A        REG NO: 10882-067 AGE(DOB): 35/05-10-1972
```

| INMATE REVIEWED/SIGNATURE | DATE | STAFF SIGNATURE |
|---|---|---|
| *Kareem Montgomery* | 3-19-08 | *(signature)* |

TYPE OF PROGRESS REPORT:

INITIAL ___ SIR ___ TRIENNIAL ___ PRE-RELEASE ___ TRANSFER ___ OTHER: ✓

PRESENT SECURITY/CUSTODY LEVEL:
  MINIMUM  /OUT

OFFENSE/VIOLATOR OFFENSE:
SENTENCE IMPOSED AND TERM OF SUPERVISION:

CT 1S: POSSESSION WITH INTENT TO DISTRIBUTE IN EXCESS OF
50 GMS OF COCAINE BASE   21 USC 841(A)(1) & 18 USC 2
  131 MONTHS                           /      5 YEARS

DATE COMPUTATION BEGAN: 01-13-2005

| DAYS FSGT/WSGT/DGCT: | DAYS GCT OR EGT/SGT: | MONTHS SERVED:<br>+ JAIL CREDIT - INOP TIME |
|---|---|---|
| 0 /0 /0 | 324 | M:  38  D:  7<br>+ 1246    JC - 0       INOP |

PROJECTED RELEASE DATE: 02-17-2011  PROJECTED RELEASE METHOD: GCT REL

DETAINERS/PENDING CHARGES:  NONE ON FILE

CO-DEFENDANTS: REFER TO PSI

DISTRIBUTION: ORIGINAL TO INMATE, COPY TO USPO, COPY TO USPC
              CENTRAL FILE - SECTION TWO                   BP-CLASS-3

2

NAME: MONTGOMERY, KAREEM A                                REG NO: 10882-067

------------------------------ INSTITUTIONAL ADJUSTMENT ------------------------------

A. PROGRAM PLAN: MR. MONTGOMERY TRANSFERRED FROM SCP LEWISBURG TO MDC BROOKLYN ON JUNE 19, 2007. DURING HIS PROGRAM REVIEW, THE UNIT TEAM RECOMMENDED HIS PARTICIPATION IN THE FOLLOWING PROGRAMS: INSTITUTION AND UNIT RELEASE PREPARATION PROGRAM (RPP), THE INMATE FINANCIAL RESPONSIBILITY PROGRAM (IFRP), AND EDUCATIONAL PROGRAMS. HE WAS ALSO ADVISED TO MAINTAIN A CLEAR DISCIPLINARY RECORD.

B. WORK ASSIGNMENTS:

| INST | WORK ASSIGNMENT | | START DATE | STOP DATE |
|---|---|---|---|---|
| BRO | FOOD SRV 3 | F/S CREW 5AM - 1PM   WED - SUN | 07-03-2007 | CURRENT |
| BRO | FOOD SRV 4 | F/S CREW 12PM -8PM   FRI - TUES | 06-27-2007 | 07-03-2007 |
| BRO | A&O | ADMISSION & ORIENTATION | 06-19-2007 | 06-27-2007 |
| LEW | LEC FCCUN | LEC FCC UNICOR | 12-18-2006 | 06-19-2007 |
| LEW | LEC FCCMED | ORDERLY FOR THE MEDIUM | 10-19-2006 | 12-18-2006 |
| LOR | F/SVC AM | FOOD SERVICE WORKER (AM) | 04-24-2006 | 09-22-2006 |
| LOR | VACATION | VACATION-FULL DAY | 04-17-2006 | 04-24-2006 |

C. EDUCATIONAL/VOCATIONAL PARTICIPATION:

------------------------------ EDUCATION INFORMATION ------------------------------

| FACL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| BRO | ESL HAS | ENGLISH PROFICIENT | 02-18-2005 2213 | CURRENT |
| BRO | GED HAS | COMPLETED GED OR HS DIPLOMA | 02-18-2005 2213 | CURRENT |

------------------------------ EDUCATION COURSES ------------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| BRO CAD M | UNITED STATES PROBATION | 10-31-2007 | 10-31-2007 | P | C | P | 1 |
| BRO CAD M | COMMUNITY CORRECTIONS | 09-19-2007 | 09-19-2007 | P | C | P | 1 |
| LEW SCP | RPP-FINANCIAL PLANNING @ LIC | 01-03-2007 | 03-21-2007 | P | C | P | 20 |
| LEW SCP | RPP-AIDS AWARENESS | 10-17-2006 | 10-17-2006 | P | C | P | 1 |

D. COUNSELING PROGRAMS: MR. MONTGOMERY COMPLETED THE DRUG EDUCATION PROGRAM.

E. INCIDENT REPORTS: NO DISCIPLINARY INFRACTIONS INCURRED DURING THIS REPORTING TIME.

F. INSTITUTIONAL MOVEMENT:

| INSTITUTION | ASSIGNMENT | REASON FOR MOVEMENT | EFFECTIVE DATE |
|---|---|---|---|
| BRO CAD M | A-DES | TRANSFER RECEIVED | 06-19-2007 |
| LEW SCP | A-DES | OTHER AUTH ABSENCE RETURN | 10-12-2006 |

G. PHYSICAL AND MENTAL HEALTH: MR. MONTGOMERY DOES NOT HAVE NAY MEDICAL RESTRICTIONS.

H. PROGRESS ON FINANCIAL RESPONSIBILITY PLAN:

| FRP ASSIGNMENT | | START DATE |
|---|---|---|
| PART | FINANC RESP-PARTICIPATES | 09-07-2005 |

3

NAME: MONTGOMERY, KAREEM A                                REG NO: 10882-067

I.  RELEASE PREPARATION PROGRAM & RELEASE PLANS:

   CMA ASSIGNMENT (REL PREP)                    START DATE
   RPP NEEDS          RELEASE PREP PGM NEEDS    12-31-2007

   PRE-RELEASE PREP DATE: 8/17/2010

   RESIDENCE:      50 SUFFEX ROAD
                   CAMP HILL, PENNSYLVANIA 17011

   EMPLOYMENT:     TO BE SECURED UPON RELEASE

   USPO:           MIDDLE DISTRICT OF PENNSYLVANIA
                   POST OFFICE BOX 191
                   SCRANTON, PA 18501-0191

J.  RELEASE NOTIFICATIONS:

   OFFENDER IS SUBJECT TO RELEASE NOTIFICATION PROVISIONS UNDER 18 USC 4042(B)
   DUE TO:
        CURRENT CONVICTION FOR A DRUG TRAFFICKING OFFENSE

        18 USC 4042(B) NOTIFICATIONS APPLY TO INMATES RELEASING TO THE
        COMMUNITY WITH SUPERVISION

   IS OFFENDER SUBJECT TO RELEASE NOTIFICATION PROVISIONS UNDER 18 USC 4042 (C)
   DUE TO A CONVICTION FOR CERTAIN SEXUAL OFFENSES.

        ( ) YES   ( X ) NO

        18 USC 4042 (C) NOTIFICATIONS APPLY TO INMATES RELEASING TO THE
        COMMUNITY

DNA TEST STATUS: NEED

   DNA TESTING APPLIES TO INMATES WITH A QUALIFYING OFFENSE


DICTATED BY: _____ CASE MANAGER (DATE) 3·19·08
             H/3    D. RACEY, CASE MGR EXT. 5546

DATE TYPED: 3·19·08

REVIEWED BY: _____ UNIT MANAGER (DATE) 3·19·08
             CADRE M  K. PAGE, UNIT MGR, EXT 5560

```
   BROD2  606.00 *         MALE CUSTODY CLASSIFICATION FORM       *      03-19-2008
   PAGE 001 OF 001                                                        14:38:38
                             (A) IDENTIFYING DATA
   REG NO..: 10882-067            FORM DATE: 07-18-2007         ORG: BRO
   NAME....: MONTGOMERY, KAREEM A
                                       MGTV: NONE
   PUB SFTY: NONE                      MVED:
                              (B) BASE SCORING
   DETAINER: (0) NONE             SEVERITY.......: (3) MODERATE
   MOS REL.: 42                   CRIM HIST SCORE: (02) 2 POINTS
   ESCAPES.: (0) NONE             VIOLENCE.......: (3) 5-10 YRS MINOR
   VOL SURR: (0) N/A              AGE CATEGORY...: (4) 25 THROUGH 35
   EDUC LEV: (0) VERFD HS DEGREE/GED  DRUG/ALC ABUSE.: (1) <5 YEARS
                             (C) CUSTODY SCORING
   TIME SERVED.....: (4) 26-75%   PROG PARTICIPAT: (2) GOOD
   LIVING SKILLS...: (2) GOOD     TYPE DISCIP RPT: (5) NONE
   FREQ DISCIP RPT.: (3) NONE     FAMILY/COMMUN..: (4) GOOD

                       --- LEVEL AND CUSTODY SUMMARY ---
   BASE CUST  VARIANCE   SEC TOTAL   SCORED LEV MGMT SEC LEVEL   CUSTODY   CONSIDER
   +13        +20          -4          +9       MINIMUM    N/A            OUT       DECREASE


   G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```