**ORDER**

    The Defendants motion for a sentence reduction pursuant to 18 U.S.C. 3582(c)(1)(B)(2) is hereby GRANTED / DENIED.

    The Defendants sentence is hereby reduced to \_\_\_\_\_ months.

SO ORDERED

_____                  _____
Date                                                         Honorable Judge William Caldwell