IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA      :   Criminal No. 1:01-CR-00268-01
                              :
        v.                    :   (Judge Caldwell)
                              :
KAREEM A. MONTGOMERY          :   (Electronically Filed)


## CERTIFICATE OF CONCURRENCE/ NON-CONCURRENCE


I, Thomas A. Thornton of the Federal Public Defender's Office, do hereby

certify that the United States Attorneys Office neither concurs nor non-concurs to the

filing of the foregoing Motion for Relief Under 18 U.S.C. § 3582 (c) (2).


Date: April 15, 2008                  /s/ *Thomas A. Thornton*
                                      THOMAS A. THORNTON, ESQUIRE
                                      Federal Public Defender
                                      Attorney ID #PA44208
                                      100 Chestnut Street, Suite 306
                                      Harrisburg, PA 17101
                                      Tel. No. (717) 782-2237
                                      Fax No. (717) 782-3881
                                      *<Thomas A. Thornton@fd.org>*
                                      *Attorney for Kareem A. Montgomery*