IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:01-CR-00268-01 |
| | : | |
| v. | : | (Judge Caldwell) |
| | : | |
| KAREEM A. MONTGOMERY | : | (Electronically Filed) |

# SUPPLEMENTAL CERTIFICATE OF CONCURRENCE

I, Thomas A. Thornton of the Federal Public Defender's Office, do hereby certify that Assistant United States Attorney Eric Pfisterer, Esquire, concurs in the foregoing Motion for Relief Under 18 U.S.C. § 3582 (c) (2).

Date: April 18, 2008         /s/ *Thomas A. Thornton*
                              THOMAS A. THORNTON, ESQUIRE
                              Federal Public Defender
                              Attorney ID #PA44208
                              100 Chestnut Street, Suite 306
                              Harrisburg, PA 17101
                              Tel. No. (717) 782-2237
                              Fax No. (717) 782-3881
                              <*Thomas A. Thornton@fd.org*>
                              *Attorney for Kareem A. Montgomery*