✎AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| **KAREEM A. MONTGOMERY** | ) | Case No:  1:CR-01-268-01 |
| | ) | USM No:  10822-067 |
| Date of Previous Judgment:  January 13, 2005 | ) | Thomas A. Thornton, Esq. |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X the defendant  ❐ the Director of the Bureau of Prisons  ❐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
    ❐ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  131  months **is reduced to**  105 months  .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 37 | | Amended Offense Level: | 35 |
| Criminal History Category: | II | | Criminal History Category: | II |

Previous Guideline Range:  235  to  293  months    Amended Guideline Range:  188  to  235  months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
❐ The reduced sentence is within the amended guideline range.

X The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

❐ Other (explain):

FILED
HARRISBURG, PA

MAY 2 1 2008

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## III. ADDITIONAL COMMENTS

This order disposes of docs. 38 and 40, Defendant's pro se motions to reduce his sentence,  and doc. 41, his counseled motion.

Except as provided above, all provisions of the judgment dated  Jan. 13, 2005  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  May 21, 2008 _____

_____
Judge's signature

Effective Date: _____
(if different from order date)

William W. Caldwell, United States District Judge
Printed name and title